

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00362-CR

WILLIAM W. ROBERTS                                        APPELLANT

V.

THE STATE OF TEXAS                                             STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1411215D

----------

## MEMORANDUM OPINION[1]

----------

Appellant William W. Roberts attempts to appeal from his conviction for possession of a controlled substance of less than one gram, namely cocaine. Roberts pleaded guilty pursuant to a plea bargain, and in accordance with the

---

[1]*See* Tex. R. App. P. 47.4.

plea bargain, the trial court sentenced him to seven months' confinement.[2] The trial court's certification of his right to appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On November 10, 2015, we notified Roberts that this appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before November 20, 2015, showing grounds for continuing the appeal.[3] *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

---

[2]The trial court's original judgment incorrectly stated that Roberts was sentenced to nine months' confinement. The trial court subsequently entered a "Nunc Pro Tunc Order Correcting Minutes of the Court" by which the trial court amended and corrected the original judgment to reflect that Roberts was sentenced to seven months' confinement rather than nine months' confinement.

[3]That same day, we also notified Roberts that it appeared we lacked jurisdiction over this appeal because his notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a).

DELIVERED:  December 17, 2015